IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DAMION CANALICHIO** | : | **NO. 06-641-1** |

## ORDER

**NOW**, this 1st day of May, 2024, upon consideration of the defendant's Motion To Terminate Supervised Release (Doc. No. 76), the government's response, and the defendant's reply, it is **ORDERED** that the motion is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the terms of supervised release are **MODIFIED** to remove domestic travel restrictions.

_____
TIMOTHY J. SAVAGE, J.